**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Rene Martinez,<br><br>               Petitioner,<br><br>v.<br><br>Carla Hacker-Agnew, *et al.*,<br><br>               Respondents. | No. CV-16-0731-TUC-BGM<br><br><br>**ORDER** |

        Currently pending before the Court is Petitioner's Motion for Reconsideration (Doc. 19).

        "The Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence."  LRCiv. 7.2(g). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (citations omitted); *see also Bahrs v. Hughes Aricraft Co.*, 795 F.Supp. 965, 967 (D. Ariz. 1992). "A motion for reconsideration should not be used to ask a court 'to rethink what the court had already thought through—rightly or wrongly[.]'" *Defenders of Wildlife v. Browner*, 909 F.Supp. 1342, 1351 (D. Ariz. 1995).  "[A] motion for reconsideration should not be granted, absent highly unusual circumstances[.]" *Carroll v. Nakatani*, 342 F.3d 934, 645 (citations omitted).  Moreover, "[a]rguments that a court was in error on the issues it

1 considered should be directed to the court of appeals." *Defenders of Wildlife*, 909
2 F.Supp. at 1351.
3       Having reviewed the motion to reconsider and the record in this case, the Court
4 finds no basis to depart from its original decision. Accordingly, IT IS HEREBY
5 ORDERED that Petitioner's Motion for Reconsideration (Doc. 19) is DENIED.
6       Dated this 14th day of July, 2020.

*[Signature]*
Honorable Bruce G. Macdonald
United States Magistrate Judge